# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00340-CV

### In re PointServe, Inc.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator PointServe, Inc., and real party in interest IPX, Inc., have filed an agreed motion to dismiss this mandamus proceeding as moot, advising that the order at issue, which granted a rule 202 pre-suit deposition, has been vacated and that the underlying action seeking that discovery has been dismissed in light of a subsequent lawsuit between the parties. We grant the motion and dismiss this mandamus proceeding as moot.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Rose

Filed: June 18, 2013